AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BRIAN ELLSWORTH,     and

ROBERT and PATRICIA DUPREE, et al.,

v.

MARGARET ANDERSON, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-256-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant FDIC's Motion to Dismiss Counterclaim of Jo Bursey is Granted without prejudice.  The claims asserted by the Plaintiffs in the Complaint against Defendant FDIC are Dismissed without prejudice or costs pursuant to Order entered on March 20, 2009.

| | |
|---|---|
| March 20, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |